# United States District Court
## Eastern District of Wisconsin

```
Duane Lewis                        )
3745 N. 52nd Street                )      '05 DEC 21  A10:04
Milwaukee WI 53216                 )
(Full Name of Plaintiff or Plaintiffs)    SOFRON B. NEDILSKY
                                   )            CLERK
              vs                   )   No.  05-C-1330
                                   )        (Supplied by Clerk)
Milwaukee Brewers                  )
                                   )
One Brewers Way Miller Park        )
                                   )
Milwaukee WI 53214                 )
                                   )
(Full Name of Defendant or Defendants)
```

Lewis v. Milwaukee Brewers                                                           Doc. 1

**COMPLAINT**

I. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
      ☐ YES       ☒ NO

   B. Have you begun other lawsuits in state or federal court?
      ☐ YES       ☒ NO

   C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

      1. Parties to the previous lawsuit

      Plaintiff(s) _____

      _____

      Defendant(s) _____

      _____

      2. Court in which lawsuit brought (if federal court, name district: if state court, name the county) _____

CIVIL RIGHTS COMPLAINT
PRO SE FORM
PAGE 2

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) **Duane Lewis**    414-449-0385

B. Your Address **3745 N 52nd Street Milwaukee WI 53216**

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) **Milwaukee Brewers**

D. Defendants address **One Brewers Way Miller Park Milwaukee WI 53214**

E. Additional DEFENDANTS (names and addresses) _____

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

CIVIL RIGHTS COMPLAINT
PRO SE FORM
PAGE 3

Begin statement of claim: 1. My Supervisors Mike Moulder would routinely ~~direct~~ MAKE racial and sexually lewd comments directed at me.

2. Racially + Sexually disparaging flyers were posted in Mr. Moulders office and near my locker.

3. Disparate in Working conditions. I was not afforded the same benefits as others they included but not limited to the following Road Trips, Spring Training, Brewer Credit Cards to buy daily supplies. After complaining about the disparate I was then not allowed to use the clubhouse Stock Supplies

4. Promotions and Job Assignments. At the end of the 2002 Season Mike Moulder was promoted to Supervisor After only 2 seasons with the Brewers and that was my 13th season with the team I was never interviewed for the position.

5. Wages + Compensation. I recieved less compensation than Mike Moulder once he was promoted. I earned less money by not be allowed to go to Spring training. Co workers were given larger salarie increases. After complaint was raised my pay was reduced. I was not called for duties that resulted in compensation Notwithstanding my Seniority.

CIVIL RIGHTS COMPLAINT
PRO SE FORM
PAGE 4

STATEMENT OF CLAIM CONTINUED

STATEMENT OF CLAIM CONTINUED

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

END STATEMENT OF CLAIM

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

My Proposed Remedy would be Monetary Damages - for lost wages and Compensatory $50,000

Injunctive Relief - Order the Respondent to cease and desist from discriminatory conduct.

Require diversity and sensitivity training for staff. Affirmative steps to address these areas and change in policies with respect to recruitment, job assignment and promotions. Also Reinstated to my original position.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __21st__ day of __December__, __2005__.

_____
(Signature of Plaintiff(s))