# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

SOFRON B. NEDILSKY
CLERK

TEL:  414-297-3372
FAX:  414-297-3203
www.wied.uscourts.gov

February 28, 2006

Mr. Duane Lewis
3745 N. 52nd Street
Milwaukee, WI 53216

Re:    **Lewis v. Milwaukee Brewers**
       **Case No. 05-C-1330**

Dear Mr. Lewis:

The court has granted your request to file the above entitled action *in forma pauperis*. Enclosed for your consideration is a magistrate judge form which you are obligated to return in the enclosed envelope.

Copies of all pleadings, correspondence, and other documents which you file with the court must also be sent by mail to each defendant and/or his attorney.  You are also required to file a certificate of mailing for each document filed with the court indicating the date on which you mailed copies to each defendant and/or his attorney.

Very truly yours,
Sofron B. Nedilsky
Clerk of Court

s/ Rita Zvers
Deputy Clerk