# United States District Court

## EASTERN DISTRICT OF WISCONSIN

2006 APR 26 AM 9: 03

U.S. MARSHAL
MILWAUKEE, WI

DUANE LEWIS,

V.

MILWAUKEE BREWERS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-C-1330

TO: (Name and Address Defendant)
Milwaukee Brewers
One Brewers Way
Miller Park
Milwaukee, WI 53214

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (Name and Address)

Duane Lewis
3745 N. 52nd Street
Milwaukee, WI 53216

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

SOFRON B. NEDILSKY                4/25/06
CLERK                             DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/26/06 |
|---|---|
| NAME OF SERVER JOSEPH GUZMAN | TITLE DEPUTY U.S. MARSHAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1 BREWERS WAY MILWAUKEE, WI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/26/06

Signature of Server: Joseph Guzman

Address of Server: 517 E. WISCONSIN, MILWAUKEE, WI 53202

SERVED ON LEGAL COUNSEL FOR THE BREWERS MARTI WRONSKI

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Duane Lewis | 05-C-1330 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Milwaukee Brewers | Notice, Waiver, Complaint & Order |

**SERVE** → NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Milwaukee Brewers

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
One Brewers Way (Miller Park), Milwaukee, WI 53214

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Duane Lewis
3745 N. 52nd Street
Milwaukee, WI 53216

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
Duane Lewis

TELEPHONE NUMBER | DATE
 | 2/28/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: W | District of Origin No. 89 | District to Serve No. 89 | Signature of Authorized USMS Deputy or Clerk | Date: 3-1-06

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
MATT WRONSKI, LEGAL COUNSEL

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/26/06   Time: 2:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 2.67 | 8.00 | | | 55.67 | |

REMARKS: 3-1-06 Waiver pkg. mailed 4-25-Reg. Summons

FORM-USM-285 (Rev. 12/15/80)

1. CLERK OF THE COURT   2. USMS RECORD   3. NOTICE OF SERVICE   4. ACKNOWLEDGMENT OF RECEIPT