UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DUANE LEWIS,  Plaintiff,  vs.  MILWAUKEE BREWERS BASEBALL CLUB, L.P.,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 05-C-1330 |

## CERTIFICATE OF INTEREST OF DEFENDANT

The undersigned, counsel of record for defendant, Milwaukee Brewers Baseball Club, L.P., furnishes the following list in compliance with General Local Rule 83.9:

(1) The full name of the defendant is: Milwaukee Brewers Baseball Club, L.P.

(2)(i) None.

(ii) None.

(3) The attorneys for the defendant in this action are: Foley & Lardner LLP, 777 East Wisconsin Avenue, Milwaukee, WI 53202.

2

Dated:  May 16, 2006.               Respectfully submitted,

                                    */s/ Andrew J. Wronski*

                                    Andrew J. Wronski WI Bar No. 1024029
                                    Foley & Lardner LLP
                                    777 East Wisconsin Avenue
                                    Milwaukee, WI 53202-5306
                                    414.271.2400
                                    414.297.4900
                                    Attorneys for Defendant Milwaukee Brewers
                                    Baseball Club, L.P.