EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 260-2005-03282 |

Wisconsin Equal Rights Division and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Duane Lewis | (414) 449-0385 | 03-07-1972 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3745 North 52nd Street | Milwaukee, WI 53216 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MILWAUKEE BREWERS | 101 - 200 | (414) 902-4400 |

| Street Address | City, State and ZIP Code |
|---|---|
| One Brewers Way (Miller Park), | Milwaukee, WI 53214 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

[APR 28 2005]

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-24-2004    Latest: 04-18-2005

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I. I began my employment with the Respondent in April 1988. I was employed as an Umpire Room Coordinator and Clubhouse Attendant.

Since 2001 and continuing until my discharge, I have complained of racial harassment and wage disparities based on my race (Black). Specifically, Caucasian employees with less time were receiving more hours than me, and my Caucasian coworkers made racially derogatory comments. This included comments about the size of my penis, and about Blacks involved mob beatings and wearing jerseys and wristbands.

Since complaining, I have been given poor evaluations, had my responsibilities reduced, denied bonuses, placed on a Performance Improvement Plan (PIP) and discharged. I was discharged on April 18, 2005.

II. In response to my complaints about wage disparities, the Respondent converted me to an hourly employee and subsequently cut my hours. I am not aware of the Respondent's actions related to my earlier complaints regarding racial harassment, however, to my knowledge the Respondent is currently investigating my complaints of racial harassment. The Respondent placed me on a PIP on February 9, 2005 due to a "Below Expectation" evaluation and for punctuality, attendance, teamwork, and

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 4/22/05  *[signature]*  Date / Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 260-2005-03282 |

Wisconsin Equal Rights Division          and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(Continued from previous page):*

the need to be responsive to the direction of my supervisors and time management skills.

On April 18, 2005, I was discharged for failing to attend a meeting wherein they were going to discuss some of my areas of concern.

   III. I believe the Respondent subjected me to discriminatory wages, different terms and conditions of employment, racial harassment, and a discharge because of my race (Black) and in retaliation for opposing discriminatory employment practices, in violation of Title VII (including Sec. 704a) of the Civil Rights Act of 1964, as amended.

APR 2 8 2005

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 4/22/05                    [signature]<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |