# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DUANE LEWIS,**
       **Plaintiff,**

    **v.**                **Case No. 05-c-1330**

**MILWAUKEE BREWERS,**
       **Defendant.**

## ORDER TRANSFERRING CASE TO MAGISTRATE JUDGE

The parties having consented to the exercise of jurisdiction by the magistrate judge,

**IT IS HEREBY ORDERED** pursuant to General L.R. 3.1(a)(2) and General L.R. 73.1, that this action is transferred to the assigned United States Magistrate Judge for all further proceedings.

Dated at Milwaukee, Wisconsin, this 24 day of May, 2006.

                          s/_____
                          LYNN ADELMAN
                          District Judge