## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

| | |
|---|---|
| SOFRON B. NEDILSKY<br>CLERK | TEL: 414-297-3372<br>FAX: 414-297-3203<br>www.wied.uscourts.gov |

May 31, 2006

Mr. Duane Lewis
3745 N. 52nd Street
Milwaukee, WI 53216

Mr. Andrew J. Wronski
Attorney at Law
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5300

Re:  **Lewis v. Milwaukee Brewers**
     **Case No. 05-C-1330**

Dear Litigants:

The above-entitled action has been assigned to Magistrate Judge William E. Callahan, Jr. for all further proceedings. All parties have now appeared in this action. The court will conduct a Rule 16 conference at **9:00 a.m.** on **Tuesday, June 27, 2006**, in Courtroom 253, U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI 53202.

Each party shall follow the procedures set forth in Rule 26 of the Federal Rules of Civil Procedure. In order to assist the court in conducting the Rule 16 conference, your Rule 26(f) report, which is to be filed with the court no later than **June 20, 2006**, should contain the following additional information:

1. A brief description of the nature of the case, including a statement regarding the basis of subject matter jurisdiction.

2. Whether the parties contemplate amending the pleadings by joining parties or for other reasons.

3. Any motions which are contemplated at this time.

4. The estimated length of trial and whether a jury is requested.

5. Such other matters as may affect the scheduling of this case for final disposition.

Documents may be submitted in Portable Document Format (PDF) and may be filed electronically by **registered attorneys** using the Court's internet-based Electronic Case Files (ECF) system. Please see the Court's web site at wied.uscourts.gov for more information on electronic case filing. All other parties shall file their documents traditionally on paper.

If you are located more than 50 miles from the courthouse, and wish to participate telephonically, please contact me, Rita Zvers, at 414-297-3128 at least one week prior to the scheduling conference with a telephone number where you can be reached at the above-scheduled time. The court will initiate the call.

Very truly yours,

SOFRON B. NEDILSKY
Clerk of Court


s/ Rita Zvers
Deputy Clerk