UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DUANE LEWIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MILWAUKEE BREWERS BASEBALL CLUB, L.P., | ) Case No. 05-C-1330 ) ) |
| Defendant. | ) ) ) |

**CERTIFICATE OF SERVICE**

This certifies that I caused the Certificate of Interest of Defendant, Consent to Proceed Before a U.S. Magistrate Judge, Defendant's Partial Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Memorandum in Support of Defendant's Partial Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) to be served on the party identified below by the means indicated below this 16th day of May 2006.

| | |
|---|---|
| Duane Lewis<br>3745 N. 52nd Street<br>Milwaukee, WI 53216 | via Regular Mail and Certified Mail |

Dated: May 16, 2006.   Respectfully submitted,

*/s/ Andrew J. Wronski*

Andrew J. Wronski WI Bar No. 1024029
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900
Attorneys for Defendant Milwaukee Brewers
Baseball Club, L.P.