UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DUANE LEWIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MILWAUKEE BREWERS BASEBALL CLUB, L.P., | ) ) ) ) | 
| Defendant. | ) ) ) |

Case No. 05-C-1330

## CERTIFICATE OF SERVICE

This certifies that I caused the Defendant's Rule 26(f) Report and Discovery Plan to be served on the party identified below by the means indicated below this 20th day of June 2006.

Duane Lewis                                via Regular Mail
3745 N. 52nd Street
Milwaukee, WI 53216

Dated: June 20, 2006.                      Respectfully submitted,

*/s/ Andrew J. Wronski*

Andrew J. Wronski WI Bar No. 1024029
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900
Attorneys for Defendant Milwaukee Brewers
Baseball Club, L.P.

MILW_2011213.1