## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DUANE LEWIS,

                Plaintiff,           Case No. 05-C-1330

v.

                                            **MINUTE SHEET**

MILWAUKEE BREWERS,

                Defendant.

---

**Hon. William E. Callahan, Jr., presiding.**    **Deputy Clerk:** Rita Z.

**Type of proceeding:** Rule 16 Scheduling Conference

**Date:** June 27, 2006    **Court Reporter:**

**Time Commenced:** 9:07:15    **Time Concluded:** 9:18:54

**Appearances:**    **Plaintiff:** Duane Lewis, pro se

                        **Defendant:** Andrew J. Wronski

**Comments:** Initial Disclosures of both parties by: 7/31/06

Amended pleadings deadline: _____

The plaintiff shall disclose expert witnesses by: 9/1/06

The defendant shall disclose expert witnesses by: 10/2/06

All discovery is to be completed by: 10/31/06

All dispositive pretrial motions (in accordance with Local Rule 6) by: 12/1/06

The court will conduct a settlement conference on: _____

Pretrial Order given on: _____

Final Pretrial will be conducted on: _____

A jury trial/trial to the court will be conducted on: _____

Length of trial (estimate): _____

Disposition:    CC    SC    PT    FP    HRG    TIC

Additional Comments: Pltf's Response to Deft's PARTIAL Motion to Dismiss due by 7/10/06; deft's reply due by 7/17/06.

Sch. Conf. set MONDAY, DECEMBER 11, 2006 at 9:00 am.

Lewis v. Milwaukee Brewers    Doc. 17