# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DUANE LEWIS,

        Plaintiff,

v.                                          Case No. 05-C-1330

MILWAUKEE BREWERS
BASEBALL CLUB, L.P.,

        Defendant.

## SCHEDULING ORDER

On June 27, 2006, the court conducted a scheduling conference in accordance with Fed.R. Civ. P. 16 and Civil L.R. 16.1. Plaintiff Duane Lewis appeared pro se and Attorney Andrew J. Wronski appeared on behalf of the defendant.

**IT IS HEREBY ORDERED**,

    1. The plaintiff's response brief to defendant's partial motion to dismiss is due by July 10, 2006. The defendant's reply brief is due by July 17, 2006.

    2. The parties shall make their Rule 26(a) Fed.R.Civ.P. initial disclosures no later than July 31, 2006. A copy of Rule 26 Fed.R.Civ.P. is attached to this order.

    3. The plaintiff shall disclose all expert witnesses (including in-house experts), in accordance with Rule 26(a)(2) Fed.R.Civ.P. and Civil L.R. 26.1 no later than September 1, 2006.

    4. The defendant shall disclose all expert witnesses (including in-house experts), in accordance with Rule 26(a)(2) Fed. R.Civ.P. and Civil L.R. 26.1 no later than October 2, 2006.

5. All discovery is to be completed in accordance with Civil L.R. 26.2 by October 31, 2006.

6. All dispositive motions, together with briefs, are to be filed in accordance with Civil L.R. 56.1 and 56.2, and no later than December 1, 2006. In all cases, including those which have been designated for electronic filing, counsel are to provide paper copies of all dispositive motions, such as motions for summary judgment and motions to dismiss, along with supporting documentation directly to the judge's chambers. Such copies are to be clearly marked "COPY" on the first page of each document submitted. In addition, the parties are hereby directed to either file a 3.5" IBM-compatible disk or CD containing the proposed findings of fact and any responses thereto, as called for under Civil L.R. 56.2, or, in the alternative, to e-mail such proposed findings of fact and responses thereto in Word Perfect or Word format to CallahanPO@wied.uscourts.gov.

7. A scheduling conference will be conducted on Monday, December 11, 2006, at 9:00 a.m. in Room 253 of the U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI 53202. If there are unresolved summary judgment motions at that time, the scheduling conference will be cancelled.

**SO ORDERED** this 27th day of June, 2006, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge