July 10, 2006

United States District Court for the Eastern District of Wisconsin
Case No. 05-C-1330

Dear Judge Callahan:

The motion by the Brewers to dismiss part of my complaint should be denied. I disagree that there are new statements in my court complaint that were not in the EEOC charge. If you look at the EEOC and ERD charges, the same statements are there. Although the Brewers keep saying I am now complaining of sexual discrimination and that I am submitting a new complaint that is not true. When people in the clubhouse made lewd and sexual statements to me, they were statements based on the fact that I was a black male and the stereotypes about Black males and their sexual organs. That is race discrimination not sexual discrimination.

Secondly, if you look at the ERD and EEOC charges, you will see that it does have statements about different working conditions and salary differences in them. That is still discrimination and a hostile place based on my race, not my sex.

The other statement being made that is not true is that my complaint about Mike Moulder's promotion in 2002 is not timely. On that point, I need to point out that I made a mistake in the year and that it really happened in 2003. If you look at the papers that the EEOC has, you will see that they have 2003, not 2002 in them.

Lewis v. Milwaukee Brewers    Doc. 19

Because much of what the Brewers have said is not true and the facts are found in my charges or complaint, I am requesting that their motion to dismiss part of my complaint be denied and my case allowed to be presented.

Sincerely,

Duane Lewis