UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DUANE LEWIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MILWAUKEE BREWERS BASEBALL CLUB, L.P., | ) Case No. 05-C-1330 ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

This certifies that I caused the Reply Memorandum in Support of Defendant's Partial Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(c) to be served on the party identified below by the means indicated below this 14th day of July 2006.

Duane Lewis                                   via Regular Mail
3745 N. 52nd Street
Milwaukee, WI 53216

Dated: July 14, 2006.                         Respectfully submitted,

                                              */s/ Andrew J. Wronski*

                                              Andrew J. Wronski WI Bar No. 1024029
                                              Foley & Lardner LLP
                                              777 East Wisconsin Avenue
                                              Milwaukee, WI 53202-5306
                                              414.271.2400
                                              414.297.4900
                                              Attorneys for Defendant Milwaukee Brewers
                                              Baseball Club, L.P.

MILW_2011213.1