UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DUANE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 05-C-1330 |
| MILWAUKEE BREWERS BASEBALL CLUB, L.P., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ANSWER AND AFFIRMATIVE DEFENSES

The Milwaukee Brewers Baseball Club, L.P., by and through its attorneys, Foley & Lardner LLP, hereby answers plaintiff's complaint and asserts its affirmative defenses as follows:

1. Except to the extent dismissed pursuant to the Court's August 9, 2006 Order, denies the allegations of Paragraph 1.

2. Except to the extent dismissed pursuant to the Court's August 9, 2006 Order, denies the allegations of Paragraph 2.

3. Except to the extent dismissed pursuant to the Court's August 9, 2006 Order, denies the allegations of Paragraph 3.

4. Except to the extent dismissed pursuant to the Court's August 9, 2006 Order, denies the allegations of Paragraph 4.

5. Except to the extent dismissed pursuant to the Court's August 9, 2006 Order, denies the allegations of Paragraph 5.

### First Affirmative Defense

Plaintiff's complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by the statute of limitations to the extent they arise out of acts or omissions that occurred before June 26, 2004.

### Third Affirmative Defense

Plaintiff's claims must be dismissed because no similarly-situated person, outside of plaintiff's protected class, received more favorable treatment, and therefore plaintiff cannot establish a prima facie case of discrimination.

### Fourth Affirmative Defense

Plaintiff's claims must be dismissed because plaintiff's employment was terminated for a legitimate, nondiscriminatory reason.

### Fifth Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by his failure to report promptly his claims and allegations under the Club's published harassment policy.

### Sixth Affirmative Defense

Upon information and belief, plaintiff failed to mitigate his alleged damages, if any.

WHEREFORE, the Milwaukee Brewers Baseball Club, L.P. seeks judgment dismissing the plaintiff's complaint on its merits and with prejudice, awarding such costs and fees as may be allowable by law, and granting such other relief as the Court may deem just and appropriate under the circumstances.

Dated:  August 9, 2006.                              Respectfully submitted,

*Andrew J. Wronski*

_____
Andrew J. Wronski WI Bar No. 1024029
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900

Attorneys for Defendant Milwaukee Brewers Baseball Club, L.P.