UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DUANE LEWIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-C-1330 |
| MILWAUKEE BREWERS BASEBALL CLUB, L.P., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This certifies that I caused the defendant's Answer and Affirmative Defenses and the Amended Notice of Videotape Deposition of Duane Lewis and Answer to be served on the party identified below by the means indicated below this 9th day of August 2006.

Duane Lewis                               via Regular Mail
3745 N. 52nd Street
Milwaukee, WI  53216

Dated:  August 9, 2006.                   Respectfully submitted,

*/s/ Andrew J. Wronski*

Andrew J. Wronski WI Bar No. 1024029
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900
Attorneys for Defendant Milwaukee Brewers
Baseball Club, L.P.