

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
www.foley.com

August 3, 2006

WRITER'S DIRECT LINE
414.297.5518
awronski@foley.com EMAIL

CLIENT/MATTER NUMBER
054780-0169

Mr. Duane Lewis
3745 N. 52nd Street
Milwaukee, WI 53216

Re:  Lewis v. Milwaukee Brewers Baseball Club, L.P.,
     Case No. 05-C-1330.

Dear Mr. Lewis:

Pursuant to the Scheduling Order entered by Judge Callahan in this case, the parties were required to serve the disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before July 31, 2006. You should have received our disclosures, which were served upon you by mail on July 31.

As of today, I have not received your disclosures. The Court attached a copy of Rule 26 to the Scheduling Order for your reference. Please serve your responses immediately. If I have not received them by August 10, I will have to take the matter up with the Court.

In addition, in order to avoid any misunderstanding, please be aware that the Notice of Videotaped Deposition of Duane Lewis, which was served on you by mail on July 21, 2006 requires you to appear at my offices for a deposition on August 30, 2006 at 9:30 a.m. You should expect that the deposition will take most of the day.

If you have any questions about these matters, please call.

Very truly yours,

Andrew J. Wronski

cc:  Marti. L. Wronski

BOSTON
BRUSSELS
CHICAGO
DETROIT
JACKSONVILLE

LOS ANGELES
MADISON
MILWAUKEE
NEW YORK
ORLANDO

SACRAMENTO
SAN DIEGO
SAN DIEGO/DEL MAR
SAN FRANCISCO
SILICON VALLEY

TALLAHASSEE
TAMPA
TOKYO
WASHINGTON, D.C.

MILW_2058837.1