

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
www.foley.com

August 9, 2006

WRITER'S DIRECT LINE
414.297.5518
awronski@foley.com EMAIL

CLIENT/MATTER NUMBER
054780-0169

Mr. Duane Lewis
3745 N. 52nd Street
Milwaukee, WI 53216

Re: **Lewis v. Milwaukee Brewers Baseball Club, L.P., Case No. 05-C-1330.**

Dear Mr. Lewis:

Enclosed please find our Answer and Affirmative Defenses to your Complaint.

Please also find an **Amended** Notice of Videotaped Deposition. Your deposition will now be conducted on September 20, 2006 at my offices, beginning at 9:30 a.m. **You no longer need to appear for a deposition on August 30, 2006.** You should expect that the deposition will take most of the day on September 20.

If you have any questions about these matters, please call.

Very truly yours,

Andrew J. Wronski

cc: Marti. L. Wronski

BOSTON          LOS ANGELES     SACRAMENTO        TALLAHASSEE
BRUSSELS        MADISON         SAN DIEGO         TAMPA
CHICAGO         MILWAUKEE       SAN DIEGO/DEL MAR TOKYO
DETROIT         NEW YORK        SAN FRANCISCO     WASHINGTON, D.C.
JACKSONVILLE    ORLANDO         SILICON VALLEY

MILW_2061890.1