

**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW

777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
www.foley.com

August 29, 2006

WRITER'S DIRECT LINE
414.297.5518
awronski@foley.com EMAIL

CLIENT/MATTER NUMBER
054780-0169

Mr. Duane Lewis
3745 N. 52nd Street
Milwaukee, WI 53216

    Re: **Lewis v. Milwaukee Brewers Baseball Club, L.P.,**
       **Case No. 05-C-1330.**

Dear Mr. Lewis:

  I am writing to address your failure to provide discovery responses in this case. This is a serious issue that, if not fixed immediately, will have to be brought to the Court's attention.

  To date, you have failed to provide mandatory discovery disclosures as required by Federal Rule of Civil Procedure 26. As you know, those disclosures were due on July 31, 2006. I wrote you on August 3, 2006, about your failure to provide timely disclosures, inviting you to call me if you had any questions. You have not responded to my letter in any way and still have not provided responses.

  In addition, the Club served its First Set of Interrogatories and Requests for the Production of Documents on you by mail on July 21, 2006. Under the Federal Rules of Civil Procedure, you were required to provide written responses to our interrogatories and to provide relevant and responsive documents for inspection and copying not later than August 23, 2006. As of today, I have not received any responses or documents from you.

  If I do not receive your mandatory disclosures, written interrogatory responses and responsive documents by September 5, 2006, I will file a motion to compel those responses and for other appropriate relief with the Court.

  Again, if you have any questions, I invite you to call.

           Very truly yours,

           Andrew J. Wronski

cc: Marti. L. Wronski

| BOSTON | LOS ANGELES | SACRAMENTO | TALLAHASSEE |
|---|---|---|---|
| BRUSSELS | MADISON | SAN DIEGO | TAMPA |
| CHICAGO | MILWAUKEE | SAN DIEGO/DEL MAR | TOKYO |
| DETROIT | NEW YORK | SAN FRANCISCO | WASHINGTON, D.C. |
| JACKSONVILLE | ORLANDO | SILICON VALLEY | |

MILW_2064089.1