UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DUANE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 05-C-1330 |
| MILWAUKEE BREWERS BASEBALL CLUB, L.P., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

This certifies that I caused the defendant's Motion to Compel and Declaration of Andrew J. Wronski in Support of Defendant's Motion to Compel to be served on the party identified below by the means indicated below this 7th day of September 2006.

Duane Lewis                          via Regular Mail
3745 N. 52nd Street
Milwaukee, WI 53216

Dated: September 7, 2006.             Respectfully submitted,

                                      */s/ Andrew J. Wronski*

                                      Andrew J. Wronski WI Bar No. 1024029
                                      Foley & Lardner LLP
                                      777 East Wisconsin Avenue
                                      Milwaukee, WI 53202-5306
                                      414.271.2400
                                      414.297.4900
                                      Attorneys for Defendant Milwaukee Brewers
                                      Baseball Club, L.P.

MILW_2011213.1