AO 456 (Rev. 5/85)  Notice

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DUANE LEWIS,

       Plaintiff,

  v.     Case No.  05-C-1330

MILWAUKEE BREWERS,

       Defendant.

**TYPE OF CASE:**   ☒ CIVIL    ☐ CRIMINAL

**TYPE OF PROCEEDING:  HEARING ON DEFENDANT'S MOTION TO COMPEL**

Take notice that the above referenced proceeding has been scheduled to take place as indicated below:

| Place: | Date and Time Scheduled: |
|---|---|
| 253 U.S. Courthouse<br>517 E. Wisconsin Avenue<br>Milwaukee, WI 53202 | **Monday, September 18, 2006**<br>**9:00 a.m.** |

                          WILLIAM E. CALLAHAN, JR.
                          United States Magistrate Judge

  September 8, 2006          s/ Rita Zvers
Date                                 Deputy Clerk

TO:    Mr. Duane Lewis
          Atty. Andrew J. Wronski