UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DUANE LEWIS,

            Plaintiff,

  v.

MILWAUKEE BREWERS,

            Defendant.

Case No. 05-C-1330

**HEARING MINUTE SHEET**

---

Hon William E. Callahan, Jr., presiding.    Deputy Clerk: Rita Z.

Type of proceeding: Hearing on Defendant's Motion to Compel

Date: September 18, 2006    Court Reporter:

Time Commenced: 9:03:52    Time Concluded: 9:21:24

Appearances:    Plaintiff:    Duane Lewis, pro se ✓

                    Defendant:    Andrew J. Wronski ✓

Comments:

- The Court grants deft's Motion to Compel. No attorney's fees or costs are awarded.

- Pltf. shall answer Rule 26 Mandatory Disclosures & deft's First Set of Interrogatories and Document Requests by OCTOBER 2, 2006.

- Pltf. ordered to appear for his deposition on WED. OCTOBER 25, 2006 at 9:30 am at Foley & Lardner's offices. Atty Wronski will prepare Notice.

Lewis v. Milwaukee Brewers    Doc. 29