# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DUANE LEWIS,

      Plaintiff,

v.                              Case No. 05-C-1330

MILWAUKEE BREWERS
BASEBALL CLUB, L.P.,

      Defendant.

## SCHEDULING ORDER

On September 18, 2006, the court conducted a hearing on the defendant's motion to compel. Plaintiff Duane Lewis appeared pro se and Attorney Andrew J. Wronski appeared on behalf of the defendant.

**IT IS HEREBY ORDERED**,

1. For the reasons stated in open court, the defendant's motion to compel is granted. Attorney's fees and costs are not awarded to the defendant.

2. The plaintiff shall answer the Rule 26 mandatory disclosures and defendant's first set of interrogatories and document requests on or before October 2, 2006.

3. The plaintiff shall appear for his deposition which is scheduled on Wednesday, October 25, 2006 at 9:30 a.m., at the offices of Foley & Lardner. Defendant's attorney shall prepare the Notice of Deposition.

**SO ORDERED** this 18th day of September, 2006, at Milwaukee, Wisconsin.

                                        /s/ William E. Callahan, Jr.
                                        WILLIAM E. CALLAHAN, JR.
                                        United States Magistrate Judge