UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DUANE LEWIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MILWAUKEE BREWERS BASEBALL CLUB, L.P., | ) ) ) ) | Case No. 05-C-1330
| Defendant. | ) ) ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Duane Lewis, appearing *pro* se, and the Milwaukee Brewers Baseball Club, L.P., by and through its attorneys, Foley & Lardner LLP, hereby stipulate that the above-captioned action may and shall be dismissed on its merits, with prejudice and without an award of costs or attorneys' fees to either party. The parties further stipulate that the Court may enter an order embodying the terms of this Stipulation.

Dated: September 20, 2006.                    Respectfully submitted,

                                              */s/ Duane Lewis*

                                              _____
                                              Pro Se Plaintiff

MILW_2091960.1

Dated: September 20, 2006.                    Respectfully submitted,

*Andrew J. Wronski*

_____
Andrew J. Wronski WI Bar No. 1024029
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900

Attorneys for Defendant Milwaukee Brewers Baseball Club, L.P.