UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DUANE LEWIS,

   Plaintiff,

  v.              Case No. 05-C-1330

MILWAUKEE BREWERS
BASEBALL CLUB, L.P.,

   Defendant.

---

## ORDER OF DISMISSAL

---

 Based on the stipulation of the parties,

 **IT IS HEREBY ORDERED** that this action be dismissed with prejudice and without an award of costs or attorneys' fees to either party.

 **SO ORDERED** this 21st day of September 2006, at Milwaukee, Wisconsin.

              s/ William E. Callahan, Jr.
              WILLIAM E. CALLAHAN, JR.
              United States Magistrate Judge